RECEIVED
NOV 27 2012
LARRY W. PROPES, CLERK
FLORENCE, SC

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:12-902 |
| ) | 18 U.S.C. § 2252A(a)(1) |
| vs.                                                          ) | 18 U.S.C. § 2252A(a)(5)(B) |
| ) | 18 U.S.C. § 2253(a) |
| **GERALD E. ROBERTS**                 ) | **INDICTMENT** |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about August 5, 2012, in the District of South Carolina, the defendant, **GERALD E. ROBERTS**, did knowingly transport and ship in interstate commerce, by computer, child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of persons under the age of 18 engaging in sexually explicit conduct which the defendant posted to various accounts on the internet;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

That on or about November 8, 2012, in the District of South Carolina, the defendant, **GERALD E. ROBERTS**, did knowingly possess, at a residence located at 1701 South Ocean Boulevard, Myrtle Beach, South Carolina, computer discs and computers, and other materials that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate commerce by any means including by computer, and that were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE

1. Upon conviction for violation of Title 18, United States Code, Section 2252A(a)(1) or Section 2252(a)(5)(B), as charged in this Indictment, the defendant, **GERALD E. ROBERTS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his interest in:

(1) any visual depiction described in section 2251, 2251A, 2252, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, the following:

1. eMachines desktop computer S/N CCA65I0000093
2. HP Pavilion desktop computer S/N CNC4430HSH
3. Seagate external hard drive S/N 2GETARMV
4. 10 USB thumb drives
5. 162 DVD's and CD's
6. 2 memory cards
7. Nokia cell phone
8. Eclipse media player

Pursuant to Title 18, United States Code, Section 2253(a).

A ___TRUE___ BILL

FOREPERSON

WILLIAM N. NETTLES (WED)
UNITED STATES ATTORNEY

As to Count 1: